IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUAN FRANCISCO,**

    **Petitioner,**

vs.                               **CASE NO. 4:10cv399-RH/WCS**

**UNITED STATES OF AMERICA,**
et al.,

    **Respondents.**
_____/

## REPORT AND RECOMMENDATION

Pending is Petitioner's petition for writ of habeas corpus. Doc. 1. In an order entered September 17, 2010, Petitioner was directed to either pay the $5.00 filing fee or, alternatively, submit a motion for leave to proceed *in forma pauperis* by October 18, 2010. Doc. 3. Plaintiff's copy of that order was returned to the Clerk's office marked "return to sender, unable to forward." Docs. 4 and 5. A check with Wakulla County Jail reveals that the Petitioner was released to ICE custody on September 20, 2010. To date, Petitioner has not notified the court of his new address.

Petitioner's last and only submission to the court was his original petition for writ of habeas corpus filed September 15, 2010, only five days prior to his being released to ICE custody. It is Petitioner's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address. Since Petitioner has not furnished the court

with a new address, it is doubtful that he will even receive a copy of this report and recommendation. In the event the Petitioner does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

Accordingly, it is **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** this 10th day of November, 2010.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**