**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JUAN FRANCISCO,

        Petitioner,

v.                                CASE NO.   4:10cv399-RH/WCS

UNITED STATES OF AMERICA et al.,

        Respondents.

_____/

## ORDER OF DISMISSAL

        This case is before the court on the magistrate judge's report and recommendation, ECF No. 6.   No objections have been filed.   Upon consideration,

        IT IS ORDERED:

        The report and recommendation is ACCEPTED and adopted as the court's opinion.   The clerk must enter judgment stating, "The petition is dismissed without prejudice. "   The clerk must close the file.

        SO ORDERED on December 20, 2010.

                              s/Robert L. Hinkle_____
                              United States District Judge